In the Matter of the Accounting of WILLIAM H. HARRIS, as Trustee under the Will of THOMAS MORTON, Deceased.

AMANDA M. ABBOTT et al., Appellants; FLORENCE M. MORTON, Respondent.

*Matter of Harris*, 152 App. Div. 52, affirmed.
(Argued October 4, 1912; decided October 22, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered August 9, 1912, which modified and affirmed as modified a decree of the New York County Surrogate's Court settling the accounts of the trustee under the will of Thomas Morton, deceased.

*Paul M. Pelletreau* for appellants.

*A. Wells Stump* and *Joseph H. Beall* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.